# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. WIPPLER, | Case No: CV12-04306 CAS(AGRx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendant. | |
| ***************** and Related Cross-Action(s), | |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 15, 2013

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

LA #4816-5918-4402 v1